```
                                              FILED
                                              May 18, 2012
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRYAN SWIERS, ) <br> ) <br> Defendant. ) | Case No. 2:12MJ00125-GGH-11 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRYAN SWIERS , Case No.  2:12MJ00125-GGH-11 , Charge  21USC § 841(a)(1), 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     __    Bail Posted in the Sum of $_____

         __    Unsecured Appearance Bond

         __    Appearance Bond with 10% Deposit

         __    Appearance Bond with Surety

         __    Corporate Surety Bail Bond

     ✔    (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 18, 2012  at  2:00 pm  .

                                                 By   /s/ Gregory G. Hollows
                                                     Gregory G. Hollows
                                                     United States Magistrate Judge

Copy 5 - Court