**FILED**
May 18, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
             )   Case No. 2:12MJ00125-GGH-11
      Plaintiff,       )
v.             )   ORDER FOR RELEASE OF
             )   PERSON IN CUSTODY
BRYAN SWIERS,       )
             )
      Defendant.      )

TO:   UNITED STATES MARSHAL:

   This is to authorize and direct you to release  BRYAN SWIERS , Case No.  2:12MJ00125-GGH-11 , Charge  21USC § 841(a)(1), 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  Release on Personal Recognizance

     __  Bail Posted in the Sum of $_____

         __  Unsecured Appearance Bond

         __  Appearance Bond with 10% Deposit

         __  Appearance Bond with Surety

         __  Corporate Surety Bail Bond

     ✔  (Other)   Pretrial conditions as stated on the record.

   This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

   Issued at  Sacramento, CA  on  May 18, 2012  at  2:00 pm .

               By  /s/ Gregory G. Hollows
                  Gregory G. Hollows
                  United States Magistrate Judge

Copy 5 - Court